ORDER
PER CURIAM:
On January 7, 2003, the Court granted, in part, the appellant’s application for attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. On February 12, 2003, the Court granted the appellant’s motion for an extension of time to file a motion pursuant to Rule 35 of this Court’s Rules of Practice and Procedure. On March 5, 2003, the appellant filed a motion for a decision by a panel. On March 13, 2003, he filed a motion for a stay pending the resolution of Abbey v. Principi, No. 01-501. Upon consideration of the foregoing, it is
ORDERED that the appellant’s motion for a decision by a panel is denied.